

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00480-CR

William Charles **WEBB**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th Judicial District Court, McLennan County, Texas
Trial Court No. 2012-675-C2
Honorable Matt Johnson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 27, 2014.

_____
Marialyn Barnard, Justice